UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-50145 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| WILLIAM JACOB STONE, | |
| Defendant. | |

The undersigned defendant stipulates that the following facts are true and the parties agree they establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

Between March 4, 2020, and June 21, 2021, William Jacob Stone used the Internet to knowingly download visual depictions of minors engaged in sexually explicit conduct (hereinafter "child pornography"). Stone then used Adobe PhotoShop software and his Apple iPad to edit certain of the child pornography images he had downloaded. Specifically, Stone used his iPad and PhotoShop to superimpose naked images of himself into images of child pornography so that the images appeared to depict himself sexually abusing the children. Stone's conduct was brought to the attention of law enforcement through a Cybertip sent by Adobe to the National Center for Missing and Exploited Children. Forensic analysis of Stone's devices revealed over 600 images and 5 videos depicting child pornography.

When interviewed by law enforcement agents, Stone admitted using websites on the internet to knowingly receive and download child pornography onto his electronic devices. Stone's electronic devices and Adobe PhotoShop software contain components manufactured outside the State of South Dakota.

ALISON J. RAMSDELL
United States Attorney

_11/18/2022_____

Date

HEATHER SAZAMA
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Heather.Sazama@usdoj.gov

_18 Nov 2022_____

Date

WILLIAM JACOB STONE
Defendant

_11-18-22_____

Date

TIMOTHY RENSCH
Attorney for Defendant

2